IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH PATRICK
CHAMBERS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D15-4006

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Duval County.
Mark Hulsey, Judge.

Joe Hamrick, Rick Sichta, and Susanne Sichta, of the Sichta Firm, LLC.,
Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Thomas Duffy, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    Joseph Patrick Chambers challenges his convictions and sentences for four

counts of attempted second-degree murder and one count of shooting or throwing

deadly missiles. As the State properly concedes, we must reverse the sentences for

attempted second-degree murder because the trial court believed, based on our

prior precedent, that it was required to impose the mandatory minimum sentence of twenty years for each of the attempted second-degree murder convictions consecutively pursuant to section 775.087(2)(d), Florida Statutes (the 10-20-Life statute). The supreme court has since held in <u>Williams v. State</u>, 186 So. 3d 989 (Fla. 2016), that consecutive mandatory minimum terms under the 10–20–Life statute are permissible, but not mandatory. Accordingly, we remand for reconsideration of the sentences in light of <u>Williams</u>. In all other respects, we affirm.

AFFIRMED in part, REVERSED in part, and REMANDED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.